IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY ROBERT CHRISTENSEN,

        Plaintiff,                  No. CIV S-09-2840 EFB P

    vs.

STATE OF CALIFORNIA, et al.,

        Defendants.             <u>ORDER</u>

                                /

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis*.

       Plaintiff alleges a violation of his civil rights in Kings County, California. Kings County is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 3-120(d). The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

       Accordingly, it is hereby orderd that:

       1. This action is transferred to the Fresno Division.

       2. The Clerk of Court shall assign a new case number.

////

////

1    3.  All future filings shall bear the new case number and shall be filed at:

2           United States District Court
            Eastern District of California
3           2500 Tulare Street
            Fresno, CA 93721
4

5    DATED:  November 5, 2009.

6                                           _____
                                            EDMUND F. BRENNAN
7                                           UNITED STATES MAGISTRATE JUDGE

2